**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:25 CR 00162-PPS/JEM |
| | ) | |
| EDGAR OMAR ORTIZ-ALVARADO, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to defendant Edgar Omar Ortiz-Alvarado's decision to plead guilty to the indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure.  [DE 16, 20.]  Following a hearing held on the record on February 25, 2026 [DE 20], Judge Martin found that defendant understands the charge, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his decision to enter a plea of guilty to the indictment charging him with reentry of a removed alien, in violation of 8 U.S.C. § 1326(a).  Judge Martin recommends that the Court accept defendant's plea of guilty and proceed to impose sentence.  More than 14 days have passed and no timely objections were filed.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Edgar Omar Ortiz-Alvarado's plea of guilty, the Court hereby ADOPTS the findings and recommendation [DE 20] in their entirety.

Defendant, Edgar Omar Ortiz-Alvarado, is adjudged GUILTY of the indictment. The sentencing hearing is HEREBY SET for June 9, 2026, at 11:00 a.m. Hammond/Central time.

ENTERED: March 11, 2026.

/s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT